UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. KELVIN NIXON      Crim. No.: 13-215

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          ( ) Ad Testificandum

1. KELVIN NIXON, ~~[redacted]~~ (hereinafter the "Detainee") is now confined at the Atlantic County Jail.

2. The Detainee is

   charged in this District by: () Indictment   (X) Information   ( ) Complaint
   with a violation of 21 United States Code Section 843(b)

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, MLK, Jr. Federal Bldg & U.S. Courthouse, Courtroom 4D, before the Hon. William H. Walls, U.S. District Judge, on Tuesday, July 2, 2013, at 9:30 a.m., for Sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: June 27, 2013

SHARON ASHE
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: 27th June 2013

_(signature)_
William H. Walls, USSDJ

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the ATLANTIC COUNTY JAIL:

WE COMMAND YOU that you have the body of

    KELVIN NIXON, ~~[redacted]~~

now confined at the Atlantic County Jail, brought before the Hon. William H. Walls, U.S. District Judge, at the United States District Court, in the MLK, Jr. Federal Bldg & U.S. Courthouse at Newark, on Tuesday, July 2, 2013 at 9:30 a.m., so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

        WITNESS the Honorable William H. Walls
        United States District Judge
        Newark, New Jersey

DATED: 6/27/2013

        WILLIAM T. WALSH
        Clerk of the U.S. District Court
        for the District of New Jersey

        Per: _(signature)_
            Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. William H. Walls

v. : Crim. No. 13-096

LINDA YARLEQUE and : <u>ORDER FOR CONTINUANCE</u>
FABIO MORENO VARGAS

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Rachael A. Honig, Assistant U.S. Attorney, appearing), defendant Linda Yarleque (Peter Willis, Esq., appearing), and defendant Fabio Moreno Vargas (Carol Gillen, Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearances before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants having consented to such a continuance, and it appearing that the defendants waive such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The discovery in this case involves a large quantity of financial records that defense counsel requires additional time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate plea agreements, which would render trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 20th day of June, 2013,

ORDERED that this action be, and hereby is, continued; and it is further

ORDERED that a status conference shall be held on July 17, 2013 at 9:30 a.m.; and it is further

ORDERED that a schedule for further proceedings shall be set at the status conference; and it is further

ORDERED that the period from the date of this order through July 17, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

_____
Rachael A. Honig
Assistant U.S. Attorney

_____
~~Peter Willis~~, Esq. Charles Alvarez Esq
Counsel for defendant Linda Yarleque

_____
Carol Gillen
Assistant Federal Public Defender
Counsel for defendant Fabio Moreno Vargas

-3-

ORDERED that the period from the date of this order through July 17, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

_____
Rachael A. Honig
Assistant U.S. Attorney

_____
Peter Willis, Esq.
Counsel for defendant Linda Yarleque

*[signature]*

_____
Carol Gillen
Assistant Federal Public Defender
Counsel for defendant Fabio Moreno Vargas

| CJA FORM 24 (one form per court reporter) should be forwarded to the court reporter along with appropriate copy/copies of the transcript order form. |
|---|
| CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99) |

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| ~~12-00486-001~~ | Damon Gene Smith | | |
| 3. MAG. DT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| | 12-00486-001 | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
| US v. Smith | ☒ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | ☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

Conspiracy to Distribute 21 USC §846

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

to clarify sentencing judgment for BOP re: minimum term

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trail transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)

Sentencing

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS
   A. Apportioned _____ % of transcript with (Give case name and defendant)
   B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript
   C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
      ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions
   D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate represent-ation. I therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signature]   Date: 6/15/13
Printed Name: BRUCE S ROSEN
Telephone: _____
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court: [signature]
Date of Order: 29 June 13    Nunc Pro Tunc Date: _____

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim for services rendered an is correct, and that I have not sought or received payment (compensation or anything of value) form any other source for these services.

Signature of _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

### APPROVED FOR PAYMENT – COURT USE ONLY

24. AMOUNT APPROVED

Signature of Judicial Officer or Clerk of Court _____   Date _____

May 21, 2013

Honorable William H. Wall
United States District Judge
United States District Court of New Jersey

10-462

Dear Judge Walls:

    I am writing to you to request permission to travel to Greece to visit my mother. She is 86 years old with many health problems. I would be very grateful for the opportunity to see her as soon as possible. I would like to request to travel during the dates of 07/31/2013, 09/20/2013. I am also able to report that I have paid all of my back taxes and have 6 month jail sentence and 18 month house arrest sentence.

    Thank you in advance for your time and consideration in reviewing my request.

Sincerely,

William Bouzas

*So ordered [signature] 24 June 11*

→ 6/17/13 no objection from USPO Kevin Villa
→ 6/19/13 no objection from AUSA Rahul Agarwal